**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern ____ District of Texas ____
(State)

Case number (If known): _____ Chapter 11 ____

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Zachry EPC Holdings, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | ZEC Corporation |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 0 – 2 3 4 0 0 7 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 527 Logwood Avenue<br>Number    Street | <br>Number    Street |
| | P.O. Box 240130<br>P.O. Box |
| San Antonio    TX    78221<br>City    State    ZIP Code | San Antonio    TX    78224<br>City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Bexar County<br>County | <br>Number    Street |
| | <br>City    State    ZIP Code |

5. **Debtor's website** (URL)    https://zachrygroup.com

Debtor    Zachry EPC Holdings, LLC
          _____          Case number (if known)_____
          Name

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 2 | 3 | 7 | 9 |

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Zachry EPC Holdings, LLC _____    Case number *(if known)* _____
                    Name

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                                        MM / DD / YYYY

          District _____  When _____  Case number _____
                                                        MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor   See Schedule 1 _____  Relationship   Affiliate _____

          District   Southern District of Texas _____  When _____
                                                                        MM / DD / YYYY

          Case number, if known _____

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                        Number          Street

                                        _____

                                        _____  _____
                                        City                            State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

| **Statistical and administrative information** |
| --- |

---

Debtor    Zachry EPC Holdings, LLC
          _____          Case number *(if known)*_____
          Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors (on a consolidated basis)** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☑ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15. Estimated assets (on a consolidated basis)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☑ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities (on a consolidated basis)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☑ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/21/2024
               _____
               MM  / DD / YYYY

✖ /s/ James R. Old                                          James R. Old
  _____                          _____
  Signature of authorized representative of debtor           Printed name

  Title  General Counsel
         _____

Debtor   Zachry EPC Holdings, LLC
‎        Name                                                Case number *(if known)*_____

---

**18. Signature of attorney**        ✘ /s/ Charles R. Koster                    Date   5/21/2024
                                       Signature of attorney for debtor                MM  / DD  / YYYY

Charles R. Koster
Printed name

White & Case LLP
Firm name

609        Main St Suite 2900
Number       Street

Houston                                          Texas        77002-4403
City                                             State        ZIP Code

(713) 496-9700                                   charles.koster@whitecase.com
Contact phone                                    Email address

24128278                                         Texas
Bar number                                       State

---

## Schedule 1

### Affiliated Entities

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Zachry Holdings, Inc.

| | Debtor | Corporate ID No. |
|---|---|---|
| 1. | Zachry Holdings, Inc. | 26-1256814 |
| 2. | Zachry EPC Holdings, LLC | 20-2340077 |
| 3. | Zachry Engineering Corporation | 20-3603134 |
| 4. | Zachry High Voltage Solutions, LLC | 20-5791090 |
| 5. | ZEC New York, Inc. | 31-0825897 |
| 6. | UE Properties, Inc. | 75-2052226 |
| 7. | ZEC Michigan, Inc. | 20-0404627 |
| 8. | Zachry Industrial, Inc. | 74-2887583 |
| 9. | Zachry Constructors, LLC | 85-3449094 |
| 10. | Moss Point Properties, LLC | 46-0851616 |
| 11. | Zachry Enterprise Solutions, LLC | 85-3532706 |
| 12. | Zachry Nuclear, Inc. | 26-3117807 |
| 13. | Zachry Nuclear Construction, Inc. | 26-3383241 |
| 14. | Zachry Nuclear Engineering, Inc. | 06-1067568 |
| 15. | Computer Simulation & Analysis, Inc. | 82-0424097 |
| 16. | Zachry Plant Services Holdings, Inc. | 46-0901383 |
| 17. | JVIC Fabrication, LLC | 85-3659726 |
| 18. | Zachry Industrial Americas, Inc. | 27-1310902 |
| 19. | Zachry Maintenance Services, LLC | 85-3519005 |
| 20. | J.V. Industrial Companies, LLC | 76-0660821 |
| 21. | Madison Industrial Services Team, LLC | 20-0696261 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ZACHRY HOLDINGS, INC., *et al.*[1] | ) | Case No. 24-_____ (___) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO
## FED. BANKR. P. 1007(A)(1), 1007(A)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as Exhibit A is an organizational list reflecting all of the ownership interests in the above-captioned debtor and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"). The Debtors respectfully represent as follows:

1.      The equity of each of the Debtors identified on **Exhibit A** is 100% owned by the entity identified as the equity holder thereof on **Exhibit A**.

2.      Zachry Holdings, Inc. is the direct or indirect parent of each of the other Debtors and its equity securities are wholly owned by non-debtor Zachry, LLC.

---

[1]      The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are:  Zachry Holdings, Inc. (6814); Zachry EPC Holdings, LLC (0077); Zachry Engineering Corporation (3134); Zachry High Voltage Solutions, LLC (1090); ZEC New York, Inc. (5897); UE Properties, Inc. (2226); ZEC Michigan, Inc. (4627); Zachry Industrial, Inc. (7583); Zachry Constructors, LLC (9094); Moss Point Properties, LLC (1616); Zachry Enterprise Solutions, LLC (2706); Zachry Nuclear, Inc. (7807); Zachry Nuclear Construction, Inc. (3241); Zachry Nuclear Engineering, Inc. (7568); Computer Simulation & Analysis, Inc. (4097); Zachry Plant Services Holdings, Inc. (1383); JVIC Fabrication, LLC (9726); Zachry Industrial Americas, Inc. (0902); Zachry Maintenance Services, LLC (19005); J.V. Industrial Companies, LLC (0821); Madison Industrial Services Team, LLC (6261).  The location of the debtors' service address in these chapter 11 cases is:  P.O. Box 240130, San Antonio, Texas 78224.

## Exhibit A

|   | Entity | Equity Holder | % Ownership | Last Known Address of Equity Holder |
|---|--------|---------------|-------------|-------------------------------------|
| 1. | Zachry Holdings, Inc. | Zachry, LLC | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 2. | Zachry EPC Holdings, LLC | Zachry Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 3. | Zachry Engineering Corporation | Zachry EPC Holdings, LLC | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 4. | Zachry High Voltage Solutions, LLC | Zachry Engineering Corporation | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 5. | ZEC New York, Inc. | Zachry Engineering Corporation | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 6. | UE Properties, Inc. | Zachry Engineering Corporation | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 7. | ZEC Michigan, Inc. | Zachry Engineering Corporation | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 8. | Zachry Industrial, Inc. | Zachry EPC Holdings, LLC | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 9. | Zachry Construction, LLC | Zachry Industrial, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 10. | Moss Point Properties, LLC | Zachry Industrial, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 11. | Zachry Enterprise Solutions, LLC | Zachry Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 12. | Zachry Nuclear, Inc. | Zachry Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 13. | Zachry Nuclear Corporation, Inc. | Zachry Nuclear, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 14. | Zachry Nuclear Engineering, Inc. | Zachry Nuclear, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 15. | Zachry Computer Simulation & Analysis, Inc. | Zachry Nuclear Engineering, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 16. | Zachry Plant Services Holdings, Inc. | Zachry Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 17. | JVIC Fabrication, LLC | Zachry Plant Services Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 18. | Zachry Industrial Americas, Inc. | JVIC Fabrication, LLC | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 19. | Zachry Maintenance Services, LLC | Zachry Plant Services Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 20. | J.V. Industrial Companies, LLC | Zachry Plant Services Holdings, Inc. | 100% | 527 Logwood Avenue, San Antonio, Texas 78221 |
| 21. | Madison Industrial Services Team, LLC | J.V. Industrial Companies, LLC | 100% | 3741 Red Bluff Road, Pasadena, Texas 77503 |

**Fill in this information to identify the case:**

Debtor name   Zachry Holdings, Inc.

United States Bankruptcy Court for the:   Southern   District of   Texas
                                                                          (State)

Case number (If known):   _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SUNBELT RENTALS, INC. 1799 Innovation Pt, Fort Mill, SC 29715 | Michael Christian, michael.christian@sunbeltrentals.com, (803) 578-9413 | Trade | CUD | | | $133,310,610 |
| 2 | D REYNOLDS COMPANY, LLC 2680 Sylvania Cross Dr, Fort Worth, TX 76137 | Scott George, sageorge@reynco.com, (210) 862-1148 | Trade | CUD | | | $17,576,934 |
| 3 | BO-MAC CONTRACTORS LTD 1020 Lindbergh Drive Beaumont, TX, 77707 | Dan Brown danbrown@bo-mac.com (409) 842-2125 | Trade | CUD | | | $15,608,639 |
| 4 | BIGGE CRANE AND RIGGING CO. 2400 Maury Street, Richmond, VA  23224 | Eric Jones, ejones@bigge.com, (804) 271-9356 | Trade | CUD | | | $14,746,479 |
| 5 | RUSH RESOURCES, LLC 2781 County Road 639 Buna, TX, 77612 | John Rush Jr., jrush@rushllc.com, (409) 781-5911 | Trade | CUD | | | $12,566,163 |
| 6 | MAMMOET USA, INC. 20525 FM 521. Rosharon, TX 77583 | Mike Hamic, mike.hamic@mammoet.com, (281) 369-2200 | Trade | CUD | | | $10,836,424 |
| 7 | TECON SERVICES, INC. 515 Garden Oaks Blvd. Houston, TX 77018 | Cynthia Jaime, cjaime@teconservices.com, (713) 691-2700 | Trade | CUD | | | $10,125,679 |
| 8 | GULFSPAN INDUSTRIAL, LLC 600 N Shepherd Dr, Suite 300, Houston, TX 77007 | Luis Gallardo, lgallardo@gulfspan.net, (409) 673-0800 | Trade | CUD | | | $7,997,804 |

Debtor    Zachry Holdings, Inc._____      Case number *(if known)*_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SABER POWER SERVICES, LLC 9841 Saber Power Lane, Rosharon, TX 77583 | Jared Penney, jpenney@saberpower.com, (713) 222-9102 | Trade | CUD | | | $5,854,479 |
| 10 | MMR CONSTRUCTORS, INC. 15961 Airline Hwy. Baton Rouge, LA 70817 | John Cloutre, jclouatre@mmrgrp.com, (225) 756-5090 | Trade | CUD | | | $5,709,681 |
| 11 | INSULATIONS, INC. 880 W. Commerce Rd, Suite 104, Harahan, LA 70123 | Debbie Koper, dkoper@insulationsinc.com, (504) 733-5033 | Trade | CUD | | | $4,879,234 |
| 12 | ISC CONSTRUCTORS, LLC 20480 Highland Road, Baton Rouge, LA 70817 | Mario Rispone, mrispone@iscgrp.com, (225) 756-7585 | Trade | CUD | | | $4,809,862 |
| 13 | INNOVATIVE HEAT TREATMENT SOLUTIONS 11318 Hirsch Rd, Houston, TX 77016 | Juan Solitaire, j.solitaire@ihtsinc.com, (346) 207-8081 | Trade | CUD | | | $4,622,399 |
| 14 | HOTARD COACHES, INC. 2838 Touro Street, New Orleans, LA 70122 | Callen Hotard, callen@hotard.com, (504) 944-8660 | Trade | CUD | | | $4,607,991 |
| 15 | SYSTEM ONE HOLDINGS, LLC 210 Sixth Avenue Suite 3100, Pittsburgh, PA 15222 | Carla Snell, carla.snell@systemone.com, (717) 701-9240 | Trade | CUD | | | $4,529,021 |
| 16 | PK INDUSTRIAL, LLC 10811 E. Harry St, Wichita, KS 67207 | Landon Riggs, lriggs@pksti.com, (855) 759-2800 | Trade | CUD | | | $4,346,948 |
| 17 | CAJUN INDUSTRIES LLC 1020 Lindbergh Drive, Beaumont, TX, 77707 | William J Clouatre williamc@cajunusa.com (225) 753-5857 | Trade | CUD | | | $4,267,647 |
| 18 | CALCAM LOGISTICS & CONTRACTING, LLC 3010 Spurlock Rd., Nederland, TX 77627 | Lennie Stephens, lennie@calcam.net, (601) 270-4965 | Trade | CUD | | | $3,915,946 |
| 19 | ANALYTIC STRESS RELIEVING, INC. 3118 W Pinhook Rd #202, Lafayette, LA 70508 | Bryan Willis, bryan.willis@analyticstress.com, (281) 471-9600 | Trade | CUD | | | $3,674,321 |
| 20 | COMMONWEALTH ELECTRIC COMPANY OF THE MIDWEST 3910 South Street, Lincoln, NE 68506 | Scott Lamoreux, slamoreux@commonwealthelectric.com, (402) 514-2646 | Trade | CUD | | | $3,628,994 |

Debtor    Zachry Holdings, Inc.                                          Case number *(if known)*_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | FERGUSON ENTERPRISES, INC. 751 Lakefront Commons, Newport News, VA, 23606 | Chris Fadden, chris.fadden@ferguson.com, (330) 931-7078 | Trade | CUD | | | $3,537,084 |
| 22 | THOMPSON CONSTRUCTION GROUP, INC. 100 North Main Street, Sumter, SC 29150 | Hal Turner, hturner@thompsonind.com, (803) 972-1011 | Trade | CUD | | | $3,459,913 |
| 23 | P&I SUPPLY CO. 2220 N Fares Avenue, Evansville, IN 47711 | Bruce Stallings, bstallings@pisupply.com, (812) 894-4531 | Trade | CUD | | | $3,219,621 |
| 24 | THOMPSON CONSTRUCTION GROUP, INC. 100 North Main Street, Sumter, SC 29150 | Hal Turner, hturner@thompsonind.com, (803) 972-1011 | Trade | CUD | | | $3,049,882 |
| 25 | TRADESMEN INTERNATIONAL, LLC 9760 Shepard Road, Macedonia, OH 44056 | Dan Bennet, daniel.bennet@tradesmeninternational.com, (352) 246-4756 | Trade | CUD | | | $2,908,191 |
| 26 | SUN COAST RESOURCES LLC 6405 Calvalcade St., Houston, TX 77026 | Brian Robinson, legal@suncoastresources.com, (800) 231-7584 | Trade | CUD | | | $2,723,957 |
| 27 | BAKER HUGHES HOLDINGS 17021 Aldine Westfield Rd., Houson, TX 77073 | Randy Coghlin, randy.coghlin@bakerhughes.com, (713) 906-8407 | Trade | CUD | | | $2,645,419 |
| 28 | NES COMPANIES LP. PO Box 205572, Dallas TX, 75320-5572 | Kimberly Tran kimberly.tran@nesgt.com (346) 320-0709 | Trade | CUD | | | $2,610,909 |
| 29 | REDWINE ENTERPRISES INC 2114 LEE STREET NEDERLAND, TX, 77627 | Pat Redwine tredwinde@gt.rr.com (409)722-8373 | Trade | CUD | | | $2,564,492 |
| 30 | PORT ARTHUR TECHNICAL SERVICES 2901 Turtle Creek Dr., Port Arthur, TX 77642 | Reynald Reyes, reynald.reyes@pa-ts.com, (587) 779-3201 | Trade | CUD | | | $2,515,695 |

## OMNIBUS RESOLUTIONS OF THE
## BOARDS OF DIRECTORS, SOLE SHAREHOLDERS, AND SOLE MEMBERS

### May 20, 2024

After due deliberation, (i) the members of the board of directors of Zachry Holdings, Inc. (the "**Company**") and (ii) the undersigned, being the sole shareholder or the sole member, as the case may be, of each of the companies set forth on **Annex A** attached hereto (collectively, the "**Companies**," and the governing body of each Company, each a "**Governing Body**"), do hereby consent to, adopt, and approve the following resolutions pursuant to the certification of incorporation or similar document (in each case, as amended or amended and restated to date) of each Company, as applicable, and the laws of the state of formation of each Company as set forth next to each Company's name on **Annex A**:

**Chapter 11 Filing**

**WHEREAS**, each Governing Body has reviewed and considered (a) the presentations by each Company's management and financial and legal advisors regarding the liabilities and liquidity of each Company, the strategic alternatives available to it, and the impact of the foregoing on each Company's businesses, (b) the information and advice previously provided to and reviewed by each Governing Body, and (c) the related matters reported on at the meeting of each Governing Body;

**WHEREAS**, in connection therewith, the Company seeks to appoint Mr. Mohsin Meghji as Chief Restructuring Officer of the Company upon the filing of the Chapter 11 Cases (as defined below);

**WHEREAS**, each Governing Body has had the opportunity to consult with each of the Companies' management and financial and legal advisors and fully consider each of the strategic alternatives available to the Companies; and

**WHEREAS**, based on their review of all available alternatives and advice provided by such financial and legal advisors, each Governing Body deems it advisable and in the best interest of each of the Companies, their creditors, employees, and other stakeholders to take the actions specified in the following resolutions.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that in the business judgment of each Governing Body, it is desirable and in the best interests of the Companies, their creditors, and other parties in interest to file, or cause to be filed, voluntary petitions for relief (the "**Chapter 11 Cases**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and to take any and all actions, that they deem necessary or appropriate.

**RESOLVED**, that the officers of each Company and Mr. Mohsin Meghji (each, an "**Authorized Signatory**" and collectively, the "**Authorized Signatories**"), acting alone or with one or more other Authorized Signatories be, and they hereby are, authorized, empowered and directed, together with the Companies' advisors, to execute and file on behalf of each Company all petitions, schedules, lists and other motions, applications, pleadings, papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's businesses and in connection with the Chapter 11 Cases, with a view to the successful prosecution of the cases.

**Retention of Professionals**

    **RESOLVED**, that Mr. Mohsin Meghji shall serve as Chief Restructuring Officer of the Company immediately after the filing of the Chapter 11 Cases and shall have the powers and duties as set forth in an engagement letter, the material terms of which have been described to the Governing Bodies, for the term set forth in such letter or, if earlier, until his earlier resignation or removal.

    **RESOLVED**, that Mr. Mohsin Meghji will receive the benefit of the most favorable indemnification provisions provided by the Company to its directors, officers, and any equivalently placed employees, whether under the Company's charter or by-laws, by contract or otherwise and such indemnification obligation shall be primary to, and without allocation against, any similar indemnification obligations that M3 Advisory Partners, LP ("**M3**") may offer to its personnel generally.

    **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of White & Case LLP ("**W&C**") as general bankruptcy counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of W&C in accordance with applicable law.

    **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Susman Godfrey L.L.P. ("**Susman**") as special litigation counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Susman in accordance with applicable law.

    **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of Hicks Thomas, LLP ("**Hicks Thomas**") as special litigation counsel to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Hicks Thomas in accordance with applicable law.

    **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of M3 as financial advisor to each Company to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to employ or retain the services of M3 in accordance with applicable law.

    **RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the firm of Kurtzman Carson Consultants LLC ("**KCC**") as notice and claims agent to represent and assist each Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance each Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of KCC in accordance with applicable law.

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ any other professionals, including legal counsel, accountants, financial advisors, investment bankers, and other professionals, to assist each Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

<u>General</u>

**RESOLVED**, that each of the Authorized Signatories be, and they hereby are, authorized and empowered, on behalf of and in the name of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings, or other writings referred to in the foregoing resolutions.

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and hereby are, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Signatory's judgment, shall be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**, that each Governing Body of each Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of each Company, or hereby waive any right to have received such notice.

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby, in all respects, approved and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of each Governing Body.

**RESOLVED**, that the omission from these resolutions of any agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Signatories to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions.

**RESOLVED**, that each of the Authorized Signatories (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of each Company with respect to the transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment to effectuate the purposes of the transactions contemplated herein.

### Secretary's Certificate

The undersigned, being duly elected as General Counsel and Corporate Secretary of Zachry Holdings, Inc. ("**ZHI**"), a Delaware corporation, hereby certifies that (i) the attached resolutions are true and correct copies of the resolutions adopted by the Board of Directors of ZHI on behalf of ZHI at a meeting of the Board of Directors held on May 20, 2024; and (ii) these resolutions have not been amended and or modified or superseded in any way as of the date of this Certificate.

IN WITNESS WHEREOF, I have set my hand this 20th day of May, 2024.

By: _____
James R. Old
General Counsel and Corporate Secretary

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

ZACHRY HOLDINGS, INC., THE SOLE MEMBER OF:

ZACHRY EPC HOLDINGS, LLC
ZACHRY ENTERPRISE SOLUTIONS, LLC

By: _____

James R. Old
General Counsel and Corporate Secretary

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

ZACHRY HOLDINGS, INC., THE SOLE SHAREHOLDER OF:

ZACHRY NUCLEAR, INC.
ZACHRY PLANT SERVICES HOLDINGS, INC.

By: _____

James R. Old
General Counsel and Corporate Secretary

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**ZACHRY PLANT SERVICES HOLDINGS, INC., THE SOLE MEMBER OF:**

**J.V. INDUSTRIAL COMPANIES, LLC**
**ZACHRY MAINTENANCE SERVICES, LLC**
**JVIC FABRICATION, LLC**

By: _____
James R. Old
General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**ZACHRY NUCLEAR, INC., THE SOLE SHAREHOLDER OF:**

**ZACHRY NUCLEAR CONSTRUCTION, INC.**
**ZACHRY NUCLEAR ENGINEERING, INC.**

By: _____
        James R. Old
        General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

ZACHRY EPC HOLDINGS, LLC, THE SOLE SHAREHOLDER OF:

ZACHRY ENGINEERING CORPORATION
ZACHRY INDUSTRIAL, INC.

By: _____
    James R. Old
    General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**ZACHRY ENGINEERING CORPORATION, THE SOLE MEMBER OF:**

**ZACHRY HIGH VOLTAGE SOLUTIONS, LLC**

By: _____

James R. Old

General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**ZACHRY ENGINEERING CORPORATION, THE SOLE SHAREHOLDER OF:**

**ZEC NEW YORK, INC.**
**UE PROPERTIES, INC.**
**ZEC MICHIGAN, INC.**

By: _____

James R. Old
General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**ZACHRY INDUSTRIAL, INC., THE SOLE MEMBER OF:**

**ZACHRY CONSTRUCTORS, LLC**
**MOSS POINT PROPERTIES, LLC**

By: _____
James R. Old
General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**ZACHRY NUCLEAR ENGINEERING, INC., THE SOLE SHAREHOLDER OF:**

**COMPUTER SIMULATION & ANALYSIS, INC.**

By: _____

James R. Old
General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

JVIC FABRICATION, LLC, THE SOLE SHAREHOLDER OF:

ZACHRY INDUSTRIAL AMERICAS, INC.

By: _____
    James R. Old
    General Counsel

IN WITNESS WHEREOF, the undersigned has duly executed this consent as of the date first set forth above.

**J.V. INDUSTRIAL COMPANIES, LLC, THE SOLE MEMBER OF:**

**MADISON INDUSTRIAL SERVICES TEAM, LLC**

By: _____

James R. Old

General Counsel

**Annex A**

**Companies**

| Name of Company | Jurisdiction of Incorporation |
|---|---|
| Zachry Holdings, Inc. | Delaware |
| Zachry EPC Holdings, LLC | Texas |
| Zachry Engineering Corporation | Delaware |
| Zachry High Voltage Solutions, LLC | Texas |
| ZEC New York, Inc. | New York |
| UE Properties, Inc. | Texas |
| ZEC Michigan, Inc. | Michigan |
| Zachry Industrial, Inc. | Texas |
| Zachry Constructors, LLC | Texas |
| Moss Point Properties, LLC | Texas |
| Zachry Enterprise Solutions, LLC | Texas |
| Zachry Nuclear, Inc. | Delaware |
| Zachry Nuclear Construction, Inc. | Delaware |
| Zachry Nuclear Engineering, Inc. | Delaware |
| Computer Simulation & Analysis, Inc. | Idaho |
| Zachry Plant Services Holdings, Inc. | Texas |
| JVIC Fabrication, LLC | Texas |
| Zachry Industrial Americas, Inc. | Delaware |
| Zachry Maintenance Services, LLC | Texas |
| J.V. Industrial Companies, LLC | Texas |
| Madison Industrial Services Team, LLC | Texas |

```
Fill in this information to identify the case and this filing:

Debtor Name      Zachry EPC Holdings, LLC
United States Bankruptcy Court for the:   Southern        District of   Texas
                                                                        (State)
Case number (If known):      _____
```

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration   Consolidated Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/21/2024                   ✖ /s/ James R. Old
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                            James R. Old
                                            Printed name

                                            General Counsel
                                            Position or relationship to debtor